IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA

Alexandria Division

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| v. | ) | No. 1:21-MJ- |
| | ) | |
| ANDERSON BARRIENTOS RAMOS, | ) | |
| | ) | Court Date: March 1, 2021 |
| | ) | |
| Defendant. | ) | |

CRIMINAL INFORMATION

Count I (Misdemeanor 7870188)

THE UNITED STATES ATTORNEY CHARGES THAT:

On or about November 27, 2020, at Fort Belvoir, Virginia, within the special maritime and territorial jurisdiction of the United States in the Eastern District of Virginia, the defendant, ANDERSON BARRIENTOS RAMOS, did unlawfully drive a motor at a speed of twenty miles per hour or more in excess of the applicable speed limit.

(In violation of Title 18, United States Code, Section 13 assimilating Virginia Code Section 46.2-862.)

Count II (Petty)

THE UNITED STATES ATTORNEY CHARGES THAT:

On or about November 27, 2020, at Fort Belvoir, Virginia, within the special maritime and territorial jurisdiction of the United States in the Eastern District of Virginia, the defendant, ANDERSON BARRIENTOS-RAMOS, did wrongfully drive a motor vehicle 100 miles per hour in a posted 50 mile per hour zone.

(In violation of 32 Code of Federal Regulations, Section 634.25(f), adopting Section 46.2-878, Code of Virginia 1950, as amended.)

Respectfully submitted,

Raj Parekh
Acting United States Attorney

By: *[signature]*

Sean Rowland
Special Assistant United States Attorney
United States Attorney's Office
2100 Jamieson Avenue
Alexandria, VA 22314
Phone: (703) 299-3776
Email: sean.rowland@usdoj.gov

## CERTIFICATE OF SERVICE

I hereby certify that on February 2, 2021, a true and correct copy of the Criminal Information was mailed to the defendant at:

Anderson Barrientos Ramos
5562 Saint Charles Drive
Woodbridge, VA 22193

By: *Sean Rowland* (signature)
Sean Rowland
Special Assistant United States Attorney
United States Attorney's Office
2100 Jamieson Avenue
Alexandria, VA 22314
Phone: (703) 299-3776
Fax: (703) 299-3980
Email: sean.rowland@usdoj.gov